IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY BAKEWELL,                                           07-CV-1295-BR

       Plaintiff,                                       JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


**TIM WILBORN**
2020-C SW 8th Avenue, PMB #294
West Linn, Oregon  97068
(503) 697-7019

       Attorney for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITANNIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1053

**DAVID MORADO**
Regional Chief Counsel
**KATHRYN A. MILLER**
Office of the General Counsel
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2240

       Attorneys for Defendant


    Based on the Court's Opinion and Order (#__) issued September 17, 2008, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 17th day of September, 2008.


                            /s/ Anna J. Brown

                            _____
                            ANNA J. BROWN
                            United States District Judge